In the Matter of the Petition of GEORGE H. SHEVLIN and Others, as Executors of and Trustees under the Last Will and Testament and Codicils Thereto of JAMES SHEVLIN, Deceased, for a Judicial Construction of Certain Provisions of Said Last Will and Testament and Codicils Thereto. MARY S. GILLEN and Others, Appellants; GEORGE H. SHEVLIN and Others, as Executors and Trustees, etc., and MARION SHEVLIN, Respondents.— Decree of the Surrogate's Court of Kings county, in so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Young, Hagarty, Carswell, Scudder and Davis, JJ. [143 Misc. 213.]

In the Matter of Proving the Last Will and Testament of CHARLES W. WINTER, Deceased, as a Will of Real and Personal Property. SUSAN C. WINTER and Others, Appellants; CATHERINE A. WINTER and Another, Respondents.— Decree of the Surrogate's Court of Queens county unanimously affirmed, with costs to respondents, payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ.

MARGARET KALTNER, Appellant, v. JOHN F. KALTNER, Respondent.— Judgment dismissing complaint affirmed, without costs. No opinion. Kapper, Hagarty and Carswell, JJ., concur; Lazansky, P. J., and Tompkins, J., dissent and vote to reverse and for interlocutory judgment in favor of plaintiff on the ground that the determination of the trial court is contrary to the evidence.

MINNIE KANDELL (JAMES B. STILSON, as Receiver), Appellant, v. JOHN P. MAGNER, Respondent, and Others, Defendants.— Order denying the receiver's motion to make a lease of the premises under foreclosure affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ., concur.

PAUL KIEFER and Another, as Administrators, etc., of ALBERT KIEFER, Deceased, Appellants, v. THEODORE SCHWAMB and Another, Defendants. WILLIAM H. O'HARE, Attorney, Respondent.— Order, in so far as appealed from, fixing lien of attorney, reversed on the law and the facts, without costs, and matter remitted to the Special Term to take testimony in relation to the value of the respondent's services and to fix the lien therefor. (*Matter of Krooks*, 257 N. Y. 329; *Matter of Tillman*, 259 id. 133; *Johnson* v. *Ravitch*, 113 App. Div. 810.) Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ., concur.